UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LINDA SLADE,
*Individually and as the representative of a class of similarly situated persons*,

                          Plaintiff,

-against-

RARE BEAUTY BRANDS, INC.,

                          Defendant.
------------------------------------------------------------x

20-CV-126 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**     **April 6, 2020**
                 **New York, New York**

                                             **HON. ANDREW L. CARTER, JR.**
                                                **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/6/2020